Nov 19, 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**19-20768-CR-GAYLES/OTAZO-REYES**

CASE NO. _____

18 U.S.C. § 1956(h)
18 U.S.C. § 982(a)(1)
18 U.S.C. § 981(a)(6)

UNITED STATES OF AMERICA

v.

EVELIO SUAREZ BRITO

**Defendants.**
_____/

## INFORMATION

The United States Attorney charges:

Beginning in or around January 1993, thorough in or around December 2018, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**EVELIO SUAREZ BRITO,**

did knowingly and willfully combine, conspire, confederate, and agree with other persons known and unknown to the United States, to commit offenses defined in Title 18, United States Code, Section 1956, that is to knowingly conduct a financial transaction affecting interstate and foreign commerce, which financial transaction involved the proceeds of specified unlawful activity, knowing the property involved in the financial transaction represented the proceeds of some form of unlawful activity, and knowing that such transaction was designed in whole and in part to conceal and disguise the nature, the location, the source, the ownership, and the control of the proceeds of specified unlawful activity and to avoid a transaction reporting requirement under State or Federal law, in violation of Title 18, United States Code, Section 1956(a)(l)(B),

all in violation of Title 18, United States Code, Sections 1956(h) and 1956(f).

It is further alleged that the specified unlawful activity is a felony violation of the United States Code for Drug Trafficking, in violation of Title 21, United States Code, Section 841 and 846; and encouraging and inducing aliens to come to, enter, and reside in the United States, for the purpose of commercial advantage and private financial gain, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iv) and (v)(I).

## CRIMINAL FORFEITURE

(a) The allegations contained in this Indictment are re-alleged and incorporated by reference as though fully set forth herein for the purpose of alleging forfeiture to the United States of certain property in which one or more of the defendants, **EVELIO SUAREZ BRITO**, has an interest.

(b) Upon conviction of a violation of Title 18, United States Code, Section 1956, as alleged in this Indictment, any defendant so convicted shall forfeit to the United States any property, real or personal, involved in such offense, and any property traceable to such property, pursuant to Title 18, United States Code, Section 982(a)(1).

(c) If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot divided without difficulty;

it is the intent of the United States of America to seek forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), including the following property:

1. the contents of TD Bank account number XXXXXX4515, titled in the name of E.G.T.S.;

2. 2012 Kenworth Tractor Truck, VIN: 1XKFD49X6CJ313319, titled in the name of M.T.I.;

3. 2014 Kenworth Tractor Truck, VIN: 1XKYA49X4EJ386967 titled in the name of M.T.I.;

4. 2013 Isuzu Truck, VIN: JALB4W17XD7401076 titled in the name of A.Y.D.L.P.;

5. 2013 Isuzu Truck, VIN: JALB4W176D7400443 titled in the name of A.F.D.;

6. real property located at 17623 SW 18 Street, Miramar, Florida;

7. real property located at 3254 W 70 Street, Unit 201, Hialeah, Florida;

8. real property located at 1455 SW 155 Court, Miami, Florida;

9. all assets and equity interest in MIAA Transportation Inc.;

10. all assets and equity interest in Y.C.R. Investments Corp.;

11. all assets and equity interest in G.K.P.C. LLC;

12. all assets and equity interest in Green King Power Clean LLC; and

13. all assets and equity interest in U.S.A & Southern Gold, Inc.

it is the intent of the United States of America to seek forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), including the following property:

1. the contents of TD Bank account number XXXXXX4515, titled in the name of E.G.T.S.;

2. 2012 Kenworth Tractor Truck, VIN: 1XKFD49X6CJ313319, titled in the name of M.T.I.;

3. 2014 Kenworth Tractor Truck, VIN: 1XKYA49X4EJ386967 titled in the name of M.T.I.;

4. 2013 Isuzu Truck, VIN: JALB4W17XD7401076 titled in the name of A.Y.D.L.P.;

5. 2013 Isuzu Truck, VIN: JALB4W176D7400443 titled in the name of A.F.D.;

6. real property located at 17623 SW 18 Street, Miramar, Florida;

7. real property located at 3254 W 70 Street, Unit 201, Hialeah, Florida;

8. real property located at 1455 SW 155 Court, Miami, Florida;

9. all assets and equity interest in MIAA Transportation Inc.;

10. all assets and equity interest in Y.C.R. Investments Corp.;

11. all assets and equity interest in G.K.P.C. LLC;

12. all assets and equity interest in Green King Power Clean LLC; and

13. all assets and equity interest in U.S.A & Southern Gold, Inc.

All pursuant to Title 18, United States Code, Sections 1963, 982(a)(1) and (a)(6), and the procedures set forth in Title 21, United States Code, Section 853, as made applicable by Title 18, United States Code, Section 982(b).

_____
ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

_____
IGNACIO J. VÁZQUEZ, JR.
ASSISTANT UNITED STATES ATTORNEY

4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA             CASE NO. _____

v.

EVELIO SUAREZ BRITO                  **CERTIFICATE OF TRIAL ATTORNEY***

          **Defendant.**
_____/       **Superseding Case Information:**

**Court Division**: (Select One)     New Defendant(s)    Yes ___   No ___
                                     Number of New Defendants ___
__X__ Miami      ____ Key West       Total number of counts ___
____ FTL         ____ WPB   ___FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:  (Yes or No)   Yes
   List language and/or dialect   Spanish

4. This case will take   0   days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                              (Check only one)
   I    0 to 5 days        __X__                 Petty      ____
   II   6 to 10 days       ____                  Minor      ____
   III  11 to 20 days      ____                  Misdem.    ____
   IV   21 to 60 days      ____                  Felony     __X__
   V    61 days and over   ____

6. Has this case been previously filed in this District Court?  (Yes or No)   NO
   If yes:
   Judge: _____  Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?  (Yes or No)   Yes
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____
   Is this a potential death penalty case? (Yes or No)   NO

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?   Yes _____   No  X

                _____
                IGNACIO J. VAZQUEZ, JR.
                ASSISTANT UNITED STATES ATTORNEY
                FLORIDA BAR NO. 16275

*Penalty Sheet(s) attached                                          REV 5/3/17

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** <u>**EVELIO SUAREZ BRITO**</u>

**Case No:** _____

Count #: 1

**Conspiracy to Commit Money Laundering**
Title 18, United States Code Section 1956(h)

**\* Max. Penalty**: 20 years' imprisonment

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. |
| | ) | |
| Evelio Suarez Brito | ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: _____

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

_____
*Printed name of defendant's attorney*

_____
*Judge's signature*

_____
*Judge's printed name and title*