UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-20768-CR-SCOLA

UNITED STATES OF AMERICA

vs.

**EVELIO SUAREZ BRITO,**

    **Defendant.**

_____/

## FACTUAL PROFFER

Had this case proceeded to trial, the Government would have proved beyond a reasonable doubt that the following facts occurred in Miami-Dade County, in the Southern District of Florida and elsewhere:

From or around January 1993, and continuing to at least December 2018 or later, **EVELIO SUAREZ BRITO** assisted the criminal activities of George Ferrer Sanchez, and additional unnamed associates, with the laundering of criminal proceeds.

Initially, SUAREZ BRITO coordinated with Ferrer Sanchez in Havana, Cuba concerning drug trafficking, the sale of stolen goods and the laundering of illicit proceeds. At times these Cuban illicit proceeds were laundered through American banking interests. Eventually **SUAREZ BRITO** immigrated to the United States from Cuba and continued his criminal activities relating to fraud and the laundering of illicit proceeds for Ferrer Sanchez. In the year 2002, Ferrer Sanchez also immigrated to the United States and commenced conducting drug trafficking and fraud crimes in the Southern District of Florida which yielded proceeds laundered through SUAREZ BRITO's businesses and property interests.

In December 2005, Ferrer Sanchez fled the United States and established an alien smuggling conspiracy in Cancun, Mexico which sought to bring in Cuban migrants into the United States using stolen vessels and vessel engines. SUAREZ BRITO continued to assist Ferrer Sanchez by serving as one of his principal launderers of alien smuggling proceeds through roughly the year 2018.

The parties also stipulate that the money laundering conspiracy also included the use of real estate transactions to conceal and promote the Ferrer Sanchez alien smuggling scheme. The parties further agree that the alien smuggling conspiracy involved in excess of one hundred migrants and involved approximately 5 million dollars.

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

Date: 1-31-20   By: _____
IGNACIO J. VÁZQUEZ, JR.
ASSISTANT UNITED STATES ATTORNEY

Date: 1-31-20   By: _____
ANA M. DAVIDE, ESQ.
ATTORNEY FOR DEFENDANT

Date: 1-31-20   By: _____
EVELIO SUAREZ BRITO
DEFENDANT