**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**UNITED STATES OF AMERICA,**  CASE NO. 19-CR-20768-RNS-1

      **Plaintiff,**

vs.

**EVELIO SUAREZ BRITO,**

      **Defendant.**
_____/

**DEFENDANT, EVELIO SUAREZ BRITO'S**
**NOTICE TO THE COURT WITHDRAWING OBJECTION TO**
**PARAGRAPH 45 OF THE PRESENTENCE INVESTIGATION REPORT**
**REGARDING SOPHISTICATED LAUNDERING**

    **COMES NOW** the Defendant, **EVELIO SUAREZ BRITO,** by and through his undersigned counsel, and presents herewith, his Notice to the Court Withdrawing his Objection to Paragraph 45 of the Presentence Investigation Report ("PSI") [D.E. 20/27/31] Regarding Sophisticated Laundering, and states as follows:

    1.    On August 11, 2020, the Defendant filed Objections to the Presentence Investigation Report ("PSI"), in-part objecting to the two (2) level enhancement pertaining to sophisticated laundering pursuant to U.S.S.G. §2S1.1(b)(3) and as set forth in paragraph 45 of the PSI. [D.E. 30]

    2.    At this time, the Defendant advises this Honorable Court that he withdraws his objection to said sophisticated laundering enhancement.  However, the Defendant continues to maintain all other Objections to the Presentence Investigation Report filed on August 11, 2020 [D.E. 30].

Additionally, the Defendant made reference to the filing of his objection to the sophisticated laundering enhancement in his motion for downward variance pursuant to 18 U.S.C. §3553(a) [D.E. 33]. Inasmuch as the Defendant is hereby withdrawing that objection the language regarding the sophisticated laundering enhancement in his motion for downward variance is likewise withdrawn.

3. In light of his withdrawal of the objection to the sophisticated laundering enhancement, the Defendant hereby modifies his objection to the *adjusted offense level* (paragraph 49 of the PSI) to now read 25, rather than 27, as set forth in the PSI.

4. In light of his withdrawal of the objection to the sophisticated laundering enhancement, the Defendant hereby modifies his objection to the *total offense level* (paragraph 53 of the PSI) to now read 22, rather than 24, as set forth in the PSI.

5. Based on the foregoing, the *advisory guidelines computation* (paragraph 101 of the PSI) should read: Based on a **total offense level of 22** and a **criminal history category of III**, the *advisory guideline imprisonment range* is **51 to 63 months**, rather than a guideline imprisonment range of 77 to 96 months, as set forth in the PSI.

6. The within Notice to the Court is filed in the utmost of good faith and in the interest of justice.

**WHEREFORE**, the Defendant, **EVELIO SUAREZ BRITO**, respectfully prays that this Honorable Court take notice of the withdrawal of his objection to paragraph 45 of the Presentence Investigation Report ("PSI") [D.E. 20/27/31] regarding sophisticated laundering as described herein.

                                         Respectfully submitted,

                                         Ana M. Davide, Esq.
                                         Florida Bar No. 875996
                                         2929 SW 3rd Ave., Suite 420
                                         Miami, Florida 33129
                                         Telephone: (305) 854-6100
                                         Fax: (305) 854-6197
                                         E-mail:  ana@anadavidelaw.com
                                         (Counsel for Def., *Evelio Suarez Brito.*)

                                         ***/s/ Ana M. Davide***_____
                                         Ana M. Davide, Esq.

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 13th day of September, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                         Ana M. Davide, Esq.
                                         Florida Bar No. 875996
                                         2929 SW 3rd Ave., Suite 420
                                         Miami, Florida 33129
                                         Telephone: (305) 854-6100
                                         Fax: (305) 854-6197
                                         E-mail: ana@anadavidelaw.com
                                         (Counsel for Def., *Evelio Suarez Brito.*)

                                         ***/s/ Ana M. Davide***_____
                                         Ana M. Davide, Esq.

## SERVICE LIST

**United States of America v. Evelio Suarez Brito**
**Case No. 19-CR-20768-RNS-1**
**United States District Court, Southern District of Florida**

Ignacio Jesus Vazquez , Jr., A.U.S.A.
United States Attorney's Office
Miami Special Prosecutions Section
99 Northeast 4th Street, Room 806
Miami, FL 33132
305-961-9318
Fax: 305-536-4699
Email: ignacio.vazquez@usdoj.gov

Sherika Prospere
U.S. Probation Officer
Wilkie D. Ferguson, Jr. United States Courthouse
400 North Miami Avenue, 9th Floor South
Miami, FL 33128
305-523-544 7
sherika_prospere@flsp.uscourts.gov